**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ROBERT A. BRAYSHAW,

       Plaintiff,

vs.                                            CASE NO. 4:09cv373/RS-WCS

CITY OF TALLAHASSEE, FLORIDA,

       Defendant.

_____/

## ORDER

    Before me is the Second Filing of City of Tallahassee's Motion To Dismiss Plaintiff's Complaint (Doc. 16), which supplants City of Tallahassee's Motion To Dismiss Plaintiff's Complaint (Doc. 15).  Plaintiff has not filed a response.  N.D. Fla. Loc. R. 7.1(C)(1) provides, "Failure to file a responsive memorandum may be sufficient cause to grant the motion."

    Plaintiff's Complaint (Doc. 1) seeks declaratory and injunctive relief which would declare Section 843.17, Florida Statutes, unconstitutional and would enjoin Defendant from enforcing it.  Defendant had adopted portions of Section 843.17 as City Ordinance 12-1.  However, that ordinance was repealed January 28, 2009.  Therefore, there is no prospect that Defendant will enforce City Ordinance 12-1 against Plaintiff in the future, and, consequently, there is no likelihood of injury to Plaintiff in the future.  Plaintiff therefore lacks standing to bring the claims in his Complaint.

**IT IS ORDERED:**

1. This case is dismissed without prejudice pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject-matter jurisdiction and 12(b)(6) for failure to state a claim upon which relief can be granted.

2. The clerk is directed to close the file.

**ORDERED** on December 11, 2009.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**